83,307-01

TEXAS COURT OF CRIMINAL APPEALS

CAUSE NO. 1025788-A

BRAULIO J. ADORNO,
            RELATOR,

VS.

DISTRICT CLERK OF HARRIS COUNTY TEXAS,
            RESPONDENT,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

LEAVE TO FILE APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW BRAULIO ADORNO, RELATOR IN THE ABOVE STYLE AND NUMBERED CAUSE AND FILE APPLICATION FOR WRIT OF MANDA-MUS PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 SECTION (b), (c). AND SHOW THE COURT THE FOLLOWING:

Jurisdiction

THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO TEXAS CONSTITUTION BILL OF RIGHTS ARTICLE 1, SECTION 3, SECTION 12, SECTION 19 AND THE DUE PROCESS CLAUSE FOURTE-ENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

1

## RELIEF SOUGHT

THE TEXAS COURT OF CRIMINAL APPEALS IS UNDER A MINISTERIAL DUTY TO ORDER THE DISTRICT CLERK OF HARRIS COUNTY TO IMMEDIATELY FORWARD THE APPLICATION FOR WRIT HABEAS CORPUS PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDUR ARTICLE 11.07 SECTION (b), (c), AND ARTICLE 1, SECTION 3, SECTION 12, SECTION 19 OF TEXAS CONSTITUTION AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

## PROCEDURE HISTORY

RELATOR WAS CONVICTED IN THE 178 TH DISTRICT COURT OF HARRIS COUNTY, TEXAS IN CAUSE NUMBER 1025788-A OF POSSESSION OF COCAINE MORE THAN 400 GRAMS AND SENTENCED TO 15 YEAS IMPRISONMENT.

## STATEMENT OF THE CASE

ON JANUARY 26, 2015, RELATOR FILE STATE APPLICATION FOR WRIT OF HABEAS CORPUS CHALLENGING THIS CONVICTION AND THE DENIAL OF PAROLE [SEE EXHIBIT-1].

2

## SHOWING OF CAUSE

RELATOR ARGUES PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11. 07 SECTION (b), (c) AFTER THE EXPIRATION OF 35 DAYS TIME ALLOWED IT DOES NOT AUTHORIZE THE CLERK TO EXTEND THE TIME LIMITATION IMPOSE BY THE STATUTE. DEJEAN V. DISTRICT CLERK, DALLAS COUNTY, 259 S.W. 3d 183 [TEX. CRIM. APP. 2008], MARTIN V. STATE, 25 S.W. 3d 718 [TEX. CRIM. APP. 2000]. RELATOR FILE HIS HABEA CORPUS ON JANUARY 26, 2015, THE TRIAL COURT ADOPTED THE STATE'S PROPOSED ORDER DESIGNATING ISSUES IN CAUSE 1025788-A FEBRUARY 11, 2015, TEX CODE CRIM P, ART 11.07 SEC. (C), THE DISTRICT CLERK HAS NO AUTHORITY TO CONTINUE TO HOLD RELATORS WRIT ~~WRITS~~ IS UNDER A MINISTERIAL DUTY TO IMMEDIATELY FORWARD THE APPLICATION TO THE COURT OF CRIMINAL APPEALS. DEJEAN V. STATE, 259 S.W. 3d 183 [TEX. CRIM. APP. 2008 MARTIN V. STATE, 25 S.W. 3d 718 [TEX. CRIM. APP. 2008]

THE RELATOR HAS NO ADEQUATE REMEDY AT LAW TO PURSUE THE REQUEST RELIEF OTHER THAN THIS APPLICATION.

WHEREFORE RELATOR PRAYS THAT THE COURT ISSUE A WRIT OF MANDAMUS DIRECTING THE DISTRICT CLERK TO FORWARD THE WRIT OF HABEAS CORPUS.

## CERTIFICATE OF SERVICES

THE RELATOR HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WRIT OF MANDAMUS WAS SERVE UPON ABEL ACOSTA, CLERK THE COURT CLERK OFFICE P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

EXECUTED ON MAY 5, 2015

RESPECTFULLY,

_Braulio A._
BRAULIO J. ADORNO

## ORDER

ON THIS THE ___ DAY OF ___ 2015, CAME ON TO BE HEARD RELATOR LEAVE FOR WRIT OF MANDAMUS AND AFTER DUE CONSIDERATION OF THE SAME IT IS SO ORDER THAT RELATOR IS ENTITLE TO MANDAMUS RELIEF, AND THAT SAID HEARING BE SET FOR ___ 2015.

_____
JUDGE PRESIDING

4

# IN THE TEXAS COURT OF CRIMINAL APPEALS

## CAUSE NUMBER 1025788-A

BRAULIO ADORNO,
    RELATOR,

VS.

DISTRICT CLERK OF HARRIS COUNTY TEXAS,
    RESPONDENT,

### LEAVE FOR SUSPENSION OF THE RULE
### WITH AFFIDAVIT IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW BRAULIO ADORNO, RELATOR IN THE ABOVE STYLE NUMBERED CAUSE AND FILE LEAVE FOR SUSPENSION OF RULE PURSUANT TO TEXAS APPELLATE PROCEDURE RULE 2 AND WOULD SHOW THE COURT THE FOLLOWING:

RELATOR REQUEST THAT THE COURT ALLOWED HIM TO FILE ONE (1) ORIGINAL WRIT OF MANDAMUS WITHOUT FILING ELEVEN (X11) COPIES WHEREFORE THE INSTITUTIONAL DALHART FACILITY OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE DOES NOT PROVIDE PRO SE LITIGANT COPIES FOR LITIGATION.

I

WHEREFORE, RELATOR PRAYS THAT THE COURT GRANT LEAVE FOR SUSPENSION OF ELEVEN COPIES FOR FILING WRIT OF MANDAMUS AND ALLOW RELATOR TO FILE ONE ORIGINAL WRIT.

## CERTIFICATE OF SERVICES

WHEREFORE RELATOR HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING LEAVE FOR SUSPENSION OF THE RULE HAS BEEN SERVE UPON ABEL ACOSTA, CLERK OFFICE OF THE COURT POST OFFICE BOX 12308, CAPITOL STATION, AUSTEN, TEXAS 78711
EXECUTED ON MAY 5, 2015

RESPECT FULLY,

_Braulio A._
BRAULIO ADORNO

## ORDER

ON THIS THE ___ DAY OF ___ 2015 CAME ON TO BE HEARD RELATOR'S LEAVE FOR SUSPENSION OF THE RULE AND AFTER DUE CONSIDERATION OF THE SAME IT SO ORDER THAT RELATOR'S LEAVE SHOULD BE GRANTED / ~~DENIED~~ DENIED; IT IS THEREFORE ORDER A HEARING BE SET FOR ___ 2015

_____
JUDGE PRESIDING

2

Cause No. 1025788-A

EX PARTE                                    §     IN THE 178th DISTRICT COURT

                                            §     OF

BRAULIO JOSE ADORNO,            §     HARRIS COUNTY, TEXAS
Applicant

## MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need to be resolved:

1. Whether the applicant was denied effective assistance of counsel; and

2. Whether the applicant was denied due process.

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the applicant at the following address:

Braulio Jose Adorno
#1378697 – Dalhart Unit
11950 FM 998
Dalhart, Texas 79022

SIGNED this 10th day of February, 2015.

Respectfully submitted,

Eva Flores
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657 (office)
(713) 755-5809 (fax)
Texas Bar I.D. #24059760

Cause No. 1025788-A

EX PARTE                          §     IN THE 178th DISTRICT COURT

                                  §     OF

BRAULIO JOSE ADORNO,              §     HARRIS COUNTY, TEXAS
Applicant

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1. Whether the applicant was denied effective assistance of counsel; and

2. Whether the applicant was denied due process.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

By the following signature, the Court adopts State's Proposed Order Designating Issues in Cause Number 1025788-A.

SIGNED on the _____ day of _____, 2015.

_____
PRESIDING JUDGE

## TEXAS COURT OF CRIMINAL APPEALS

~~IN THE UNITED STATES DISTRICT COURT~~

FOR THE _____ DISTRICT OF TEXAS

_____ DIVISION

BRAULIO J. ADORNO  1378697
Plaintiff's name and ID Number

TDCJ DALHART FACILITY
Place of Confinement

CASE NO. 1025788
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

DISTRICT CLERK OF HARRIS COUNTY

Defendant's name and address

I, BRAULIO ADORNO, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

|   |   | Yes | No |
|---|---|-----|-----|
| a. | Business, profession or from self-employment? | ☐ | ☒ |
| b. | Rent payments, interest or dividends? | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments? | ☐ | ☒ |
| d. | Gifts or inheritances? | ☐ | ☒ |
| e. | Family or friends? | ☐ | ☒ |
| f. | Any other sources? | ☐ | ☒ |

If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☐ No ☒

If you answered YES to any of the questions above, state the total value of the items owned.

_____

_____

1

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐    No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ____5TH____ day of ____MAY____, 20 _15_.

_Blaullio_ A.     1378697
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## RECORDS RELEASE
## AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _Court of Criminal Appeals_ (Identify Court, Attorney, or entity as defined in Rule 3 9 2 1-Special Correspondence Rules)

I, offender _Braulio Jose Adorno_, - TDCJ# _1378697_,

being presently incarcerated at the _Dalhart Unit_ Unit/Facility of the Texas Department of Criminal Justice, in _Hartley County_ County, Texas declare under penalty of perjury that the foregoing is true and correct

Executed on this the ___11th___ day of ___April___ 20 _15_

By. _Braulio A._ Witness _Dasha B. Simmons_
(Offender Signature)        (Approved-Witnessing Authority Signature)

<u>INSTRUCTIONS:</u>
1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative)
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain
3. The witnessing authority prints out a copy of the offender's "TFBA" computer screen, certifies it, and retains a duplicate copy for their records
4. The offender is required to have an addressed, stamped envelope prepared for mailing The witnessing authority then places a copy of the certified "TFBA" printout in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail

ATC01 – Authorization No. 1 (10/01)

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE      05/11/15
DH31/SD00116            IN-FORMA-PAUPERIS DATA                09:05:23
TDCJ#: 01378697 SID#: 07508892 LOCATION: DALHART        INDIGENT DTE: 02/15/12
NAME: ADORNO,BRAULIO JOSE              BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:
6MTH DEP:              6MTH AVG BAL:              6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS


PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
                              ------------------------------
                              NO BANKING ACTIVITY
                              WITHIN THE PAST 6
                              MONTH PERIOD.
                              ------------------------------

STATE OF TEXAS COUNTY OF Hartley
ON THIS THE 11 DAY OF May ,2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____
```

Daisha B. Simmons
Notary Public
State of Texas
My Comm. Exp. 09/17/2018

Daisha B. Simmons
5/11/2015